IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

GREEN PARTY OF ARKANSAS; MARK SWANEY and REBEKAH KENNEDY,

    Plaintiffs,

v.

SECRETARY OF STATE CHARLIE DANIELS, in his official capacity,

    Defendant.

CIVIL ACTION NO. 09-_____

4:09CV00695 JLH

## ORDER

Upon consideration of the plaintiffs' motion for admission of counsel, it is ORDERED that the motion is granted. Bryan Sells is granted permission to appear and participate in the conduct of this case.

DONE, this the 28th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE