IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREEN PARTY OF ARKANSAS;                                                              PLAINTIFFS
MARK SWANEY and REBEKAH KENNEDY

v.                                          No. 4:09CV00695 JLH

CHARLIE DANIELS, in his official capacity
as Secretary of State of the State of Arkansas                                         DEFENDANT

### ORDER

For good cause shown, defendant's motion to extend the dispositive motions deadline is GRANTED. Document #29. The deadline for filing dispositive motions is hereby extended up to and including May 7, 2010.

IT IS SO ORDERED this 29th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE