**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| GREEN PARTY OF ARKANSAS;<br>MARK SWANEY and REBEKAH KENNEDY | PLAINTIFFS |
| v.         No. 4:09CV00695 JLH | |
| CHARLIE DANIELS, in his official capacity<br>as Secretary of State of the State of Arkansas | DEFENDANT |

**ORDER**

The plaintiffs filed a motion for partial summary judgment on May 4, 2010. The defendant filed a motion for summary judgment on May 7, 2010. Trial in this matter is scheduled to begin on June 28, 2010. In view of the proximity of the trial date, the Court hereby orders that the time for responding and replying to the pending motions will be shortened as follows. The defendant must respond to the plaintiffs' motion for partial summary judgment on or before May 18, 2010. The plaintiff may reply on or before May 25, 2010. The plaintiffs must respond to the defendant's motion for summary judgment on or before May 21, 2010. The defendant may reply on or before May 28, 2010.

IT IS SO ORDERED this 10th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE